# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

2020 MAR 11  PM 1:55

DEPUTY CLERK _____

Plaintiff  _Larry Kuchenmeister_
_U.S.M.C./M.S.F._
_(inative certified)_

v.

**3-20CV-0617E**

Civil Action No. _____

Defendant  _B.A.R. #24009886_
_Tricia Perry_

## COMPLAINT

I was trafficked by said above defendent with
False charges, I feel it falls under the
racketeer influenced by corupt organazations Act.
attached is eviedence in which their is no
record of these crimes. My being one of the
well regulated militia was intentional overlooked
is my suspicion.

\* Attach additional pages as needed.

Date        March 11, 2020
Signature   _Larry Kuchenmeister_
Print Name  Larry Kuchenmeister
Address     300 West Oak st. Suite 100
City, State, Zip  Denton, Texas  76201
Telephone   940-536-7514

Please I need All persons mentioned investagted for frauding.

My classification a United States citieen is very vital one, it is important My or My kids names are not being used by anyone except me and them. Our identities have to stay under a nondisclosure.

(over)

My being one of the few of the few
as one of the well regulated militia (2ᵒᵈ Amendment)

for The United States is a very
important role in The Goverment

Its a shame people froud each other,
all they do is put their self in
Federal prison, especially frauding me.
Larry Kucher
U.S.M.C. M.5.F.

Saturday July 20, 2019

RECEIVED

JUL 30 2019

OFFICE OF THE CLERK
SUPREME COURT, U.S.

# Kuchenmeister

(3839)

TN.

# Vs.

# Texas Child

## Support

b.c.N. 24038887

## division 24038887

### and

# The Denton

## County court

## house... D.a.r. 24009886

① kuch meister 3839 vs Texas Child support Division

Saturday July 20, 2019

To whom it may concern—

My name Larry kuchenmeister
    Tx I.D. # 25757815
last 4 of my S.S.N. 3839
        (Tennessee issue)
I was born in New York raised
in Tennessee, served a few years
in The United States Marine corp as
a Gate Sentry (8151) I have
32 years experience and 32
years recorded work history as
an Industrial Maintananance
Mechanic/welder. I've been
disabled by The Social Security
Addministration since 2016.
I'm a single "Dad" of
three young men one his
mother ran off when he
was 5 years old (Aaron)
hes 25 now, my two youngest
Micah and Isaiah are the

②

case I'm filing about against
The Texas Child support
Division becuz of failure
to give a reimbursement
becus of my raising my
sons as a single ~~dead~~ dad
and being made to pay
child support at the
same time. Currently the child
support is stopped and she is
not abligated to pay
though I was while
raising Micah and Isaiah
and Aaron alone since
March of 2009.

I'm also filing suit
against The Denton County
court house in which it
should funnel down to
b.a.r. # 24009886 becuz
of incompetence to
follow procedure. I was
falsely charged with ~~aeg~~



an aggravated assylt which
lead into wrongful incarceration.
Their was only one hearsay
statement, no police report
nobody took my statement. The
attoreney seemed more like
a prosecutor then an Attorney
becuz she ignored me and
my background/classification
as a United States Citizen
I'm also being frauded with
my social security payments
I'm only getting my
disability payment somehow
my R.S.D.I. was changed
to child benefits I'M
not getting benefits I'M
suppose to get my
entitlements becuz
I paid or invested into
them by paying extra
on my social security
for disability along
with my usual

④

Social security payment 1st week of month is my retiree, second week is my S.G.L.I., and the 3RD week inwhich I get now disability. As an industrial maintanance mechanic/welder we had to pay extra becuz of job hazords. I'm not suppose to loose my money and I have, 1/4 of my social security already gone, it shouldnt be.

I'm 100% disabled and I can't survice on $1100 a month I'm also not allowed to work anymore. Thats why I get my social security on the 1st week when I'M SS I get my S.G.L.I. on the second week and as I am now my disability.

⑤

The state auditor of Texas
is currently investigating
about M.H.M.R. with my
two youngest ~~mother~~ abscent
mother Jennifer ANN Dunn
collecting disability with
only a disorder.
I+ angers me that it
seems their sharing my
social security with her
when we seized living
together as spouses as
of March 2003.

~~were~~ I had reported 4.5
times a year since 2008
that I had been raising
Micah and ~~Isaiah~~ Isaiah
and the child support neededs
to stop I asked their
mother Jennifer ANN Dunn
time after time to report
the change with the courts
but she refused.

(6)

The reason for filing misuse
of state funds charges on
her or theft by deception
and wirefraud. She excepted
child support that I
earned and paid taxes on
with a job and used for
an income ~~and~~ not a support
for Micah and Isaiah. The
orders state individully
that I pay child support
to them not support
to Jennifer Ann Dunn.
Since it was used as an
income and not support
tax evasion would be
another one.

As far as my false charge
you will see the final
court document that
specifies age of victim
at time of incident N/A

7

Findings on weapon N/A
whether I had my Amnesty
or not why wasn't this
document stating this from
the begining?
This false charge caused
my sons and I to loose
everything it had frayded
my disability (changed).

PLEASE EVALUATE

AND FOLLOW THRU

The reimbursment and
settlement will give
us a new start and
elevate our quality of
life. Will you also
please investigate our
being "Radiated". I was
asking $15,000 for our looses.
Its about $29 - $30,000 in child
support reimbursment.

⑧

The ~~false~~ ~~charge~~ ~~happened~~
rather
On Aug. 13, 2017 about
2:30 am I heard a
rukus out front I opened
the front door and looked
out and their were 3
black pick up trucks, I
said get the hell out of
here. Two of them ran
off one sped up to the
back of the property as
soon as that happened I
grabbed my firearm and
held it at present
arms I did not have
my holster on becuz I
was in my boxers. I
had wrapped my lanyard
around my wrist so it
stayed attached to my
body. I walked at a
fast pace to the back

(9)

I had yelled at the
trespasser get the fuck
off the property Twice
walked back to the
front two police officers
in one suv were in front
I had mimicked haveing
my sidearm in its
holster to show no
threat to the officers
they asked whats wrong
Larry I said drunk
driver in the back went
in the house put my
firearm under my pillow
went to go to sleep
I got up and yelled
out the window that
the police officers were
embarrassing the Police
department and Goodnight.
I DID NOT THREATEN
ANYONE!

(10)

The address was 316 Mill st. #2
Denton, Texas 76205
It was a 4 plex we
were all single parents I
was the man of the house.
12 hours later on the
street in front of our
house their was a road block
and when I was on my way
back from going to pick up
micah from his freinds I
stopped at where the road
block was to explain to
one of the officers about
an erratick driver on
the road after I told the
officer he asked for
drivers liscence all I have
is a texas i.d. and my drivers
liscence was experied for
over 10 years. But I had
liability auto insurance.
he walked back to the
S.U.V.

(11)

Before I forget you can
also verify these issues
and who I am with
mr. Whiteford also the
switchboard operator
with The Department of
Energy also The Department
of Interior. I'm a
United States inventor
of The Self Generating
Electrical Power Source
This return of our
money is what I'm
wanting to educate my
sons with so when I'm
dead the can keep tradition
Besides Jennifer Ann Dunn
and the false charge
with 10 1/2 months of
being in a cage wrongful
incarceration really
set us back on our
being productive United
States Americans.

(12)

I've already filed a greivence
with The state BAR of Texas
on B.A.R. # 24009886. Nothing
about it yet. In my oppinion
theirs a Majestry judge
involved with but maybe only
for a percentage of my
settlement to help with b.a.r.
# 24009886 he should have
looked at the evidence and my
classification as a United
States citizen also (immediatly)
The fact ~~they~~ that I was I
assulted someone with out my
being able to justifie my
actions laid me out and I
wanted to commit suicide
naturally by not eating
and drinking but I came
too. I tried over and over
explaining I'm not to be jailed
becuz of my classification
as a United, states citizen.
but as now, I'm ignored.



If their is anything
else besides what I
explaind please Email me
at Kuchenlarry1@gmail.com
(all lower case)
my phone # is 940-735-7390
My mailing address is

c/o Larry kuchenmeister
c/o 1007 Tanglewood court.
Hermitage, Tennessee
37076
This Is my moms address.
Sincerdy
Larry kuchenmeister

Saturday July 20
2019    *Larry Kuchenmeister*

TX I.D.# 25757815

we currently stay in Denton, Texas
76201
Transitional motel to motel
in Denton, Texas. something fishy
going on they said I can't leave?????
we



I explained over and over I'm a United states Marine Security forces from before 1987, and that also had to use my 3rd rule of engagement on an out of control sailor that had already killed 2 other sailors and you could be putting my life in danger by putting me in jail and my family. Yes if can happen becuz while in jail I ran into one of my buddies from training his name was Mendez.

On Dec 5, 2019  I was kidnapped again by the police for electronic harrassment becuz of emails I sent to the court appointed I had to tell her it would be in her best intrest to reconcile with me becuz I was filing federal charges for trafficking me if not. I figured reconciling would be better then you all frezzing her bank account and charging her. She would have only had to deal with



the state B.A.R. then.

As you will notice in my
packet their are 4 warrants for
traffic, I never got a citation
with court date to go to for those
thats another kidnapping. Their was
a resisting arrest with that, that
I bonded out on and the charge was
dropped (asking questions why is not resisting
thats why the dropped it) but I
never got my bond money back or
an appoligy from the courts
inwhich their suppose to so they
can perfect theirselves with their jobs.
     Well I paid the $1300 on 2
sets of the same warrants (Double
jeopordy)

Notes ①

On Aug 13, 2017 I was arrested for suspended drivers liscence while in the city jail 3 days later a majestry judge came to me and charged me with aggravated assult, I had no clue what he was talking about. I went to county about 2 weeks later I saw my attorney I explained to her I didn't know what was going on and was guessing at what it was. I was charged with a violent crime for telling someone to get off the property, my firearm did'nt have anything to do with it. I did'nt threaten I didn't point just a verbal warning.

If I actually commited this crime I would have been arrested on the scene their would have been both police & paramedic reports.

While in jail my attorney was trying to fabricate a report out of 1 hearsay statement.

To put it all together I was human trafficed for a collection of back child support and for some to make profit. I was never

(2)

told anything about the child support
until I got out and checked my
bank account.
   While in jail they followed thru
with my child support case that
I filed for and favored the
abscent mother.
   My aggravated assult should have
been dismissed, I should have gotten
my reimbursement and the mother
charged.
      All of this was done to me
so 2 attorneys could make profit.
I also beleive the police officer
that arrested me took a bribe, just
before he arrested me he said, Your
landlord called and said to take the
signs down you put up, and arrest you
for suspended D.L. I'm sure if you
check the body camara of officer
Buchanan on the date of Aug 13, 201
about 4:20 - 4:40 pm that day
you will hear and see what went on.

①

On Aug 13, 2017 The Denton Police
kidnapped
My court appointed attorney trafficked
me for 10½ months in the Denton
county detention center for profit
by using a false charge to keep me to be deceitful by mail and courts. I attempted several times to
explain my not being guilty by
mail and when visited by her. I
had to agree to another false
charge to get released. Their
is no record except for the
false documents I have. I was
never arrested for either crimes
Their was money involved with my
sons and me. I'm a single parent
I have been since 2009 ~~~~~~~~~~
~~~~ on Sept. 13, or 18, 2017 I
had court for child support that
I filed to have it stopped and
a reimbursment. I explained
that also to the court appointed
attorney, my life and my sons
lives were in this attorneys
hands. Several constitutional rights
were and still are being
violated.
  After I got out jail for the 3 false
charges the Denton Police kidnapped
me again with no citation Warrants
If I didn't pay $250 + 65 + 1300 I would
have been trafficked again.

If you notice in this town of Denton TX
They don't raise and lower the U.S. flag
Thats a violation of U.S. Flag code
signs of lazyness and no dedication
to this country.
oh yea the no cit

The whole problem is they don't want
to respect what I am and my
freedoms.
Several constitutional rights

Hernandio

②

my 1st amendment was violated by the city
officials The Governor of Texas' office
directed me to talk to I have the
email on paper.
my 2nd amendment is being violated by the
denton Texas police evidence room
My being a certified United States Marine
security Forces is not being recognized.
Its one of the well regulated Miltia
My and my sons 3rd amendment was violated
by the Denton Police and the owner
Our 4th amendment was violated and
still is.
my 5th amendment was violated with the false
charge of aggravated assult, their was no
police or paramedic report made on the
scene nor was their an arrest
Their was no indictment for neither
the aggravated assult or deadly
misconduct just an agreement. The
$1300 no citation warrants were 2
sets of double jeperdy          with
My 7th amendment was violated
everything.

        etc........

③

After bonding out of the 4 no citation
Warrants of 2 sets of Double jepardy
I went to the D.A.s' office at
the court house one person said
to go raise hell at the cop
shop about everything and
one said something that was
real stupid.
Thats why you see filed on the
document that says state of Texas
versus Larry Kuchenmeister they denied
my request you will see in
writing also with these papers
    I asked the municipul clerk at
the city of denton, Texas about the
4 warrants their is no record of
either or payments. I have the
receipt of payment and the
false warrants and my bond
payment on a dismissed
charge that was not refunded
to me w/ letter of appolige.
For several months I've reported
and we still continue to be
radiated and a Warfare program
using microwaves has been being
used on me at the moment
until further notice I'm on
bond for an electronic
harrasment charge but I'm
the one being harrassed.

Day in and day out 24/7 all I
hear is microwaves or radio wa
thermal imaging clouds are visable
I had a deep blue thermal bulli-
hit me in my face.
I reported all this to local & Fed
I reported it by gmail to the
public federal defenders office
cheif invostagator.

CASE NO. F17-2928-211    COUNT SINGLE

INCIDENT NO./TRN: 9244585340/ A001

**FILED**

AUG 27 2018

CITY OF DENTON
MUNICIPAL COURT

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | IN THE 211TH |
| | § | |
| V. | § | DISTRICT COURT |
| | § | |
| LARRY KUCHENMEISTER | § | DENTON COUNTY, TEXAS |
| | § | |
| STATE ID NO.: TX06234180 | § | |

## JUDGMENT OF CONVICTION BY COURT—WAIVER OF JURY TRIAL

| | | | |
|---|---|---|---|
| Judge Presiding: | HON. BRODY SHANKLIN | Date Judgment Entered: | 06/27/2018 |
| Attorney for State: | PAUL HIEMKE  AND/OR MICHELLE DOBSON | Attorney for Defendant: | TRICIA PERRY |

Offense for which Defendant Convicted:

**LESSER INCLUDED DEADLY CONDUCT (53990001)**

| Charging Instrument: | Statute for Offense: |
|---|---|
| **INDICTMENT** | **22.05 Penal Code** |

Date of Offense:

**08/13/2017**

| Degree of Offense: | Plea to Offense: | Findings on Deadly Weapon: |
|---|---|---|
| **CLASS A MISDEMEANOR** | **GUILTY** | **N/A** |

Terms of Plea Bargain:

**PLEAD GUILTY RECEIVE 315 DAYS COUNTY JAIL / NO FINE**

| Plea to 1st Enhancement Paragraph: | N/A | Plea to 2nd Enhancement/Habitual Paragraph: | N/A |
|---|---|---|---|
| Findings on 1st Enhancement Paragraph: | N/A | Findings on 2nd Enhancement/Habitual Paragraph: | N/A |

| | | | |
|---|---|---|---|
| Date Sentence Imposed: | 06/27/2018 | Date Sentence to Commence: | 06/27/2018 |

| Punishment and Place of Confinement: | THREE HUNDRED FIFTEEN (315) DAYS COUNTY JAIL |
|---|---|

THIS SENTENCE SHALL RUN **CONCURRENTLY.**

☐ SENTENCE OF CONFINEMENT SUSPENDED, DEFENDANT PLACED ON COMMUNITY SUPERVISION FOR **N/A** .

| Fine: | Court Costs: | Restitution: | Restitution Payable to: | |
|---|---|---|---|---|
| $ **N/A** | (SEE BILL OF COST) | $ **N/A** | ☐ VICTIM (see below) | ☐ AGENCY/AGENT (see below) |

| $ | Reimburse compensation paid by Denton County to any appointed counsel on this cause. |
|---|---|

All payments previously made to the above assessments are ORDERED credited to the above amounts.

Sex Offender Registration Requirements do not apply to the Defendant. TEX. CODE CRIM. PROC. chapter 62

The age of the victim at the time of the offense was **N/A** .

| | If Defendant is to serve sentence in TDCJ, enter incarceration periods in chronological order. | | | |
|---|---|---|---|---|
| Time Credited: | From | to | From | to |
| | From | to | From | to |
| | From | to | From | to |
| | From | to | From | to |
| | Defendant is to serve sentence in county jail or is given credit toward fine and costs, enter days credited below. | | | |

AND **317** DAYS  NOTES: **TOWARD INCARCERATION**

All pertinent information, names and assessments indicated above are incorporated into the language of the judgment below by reference.

This cause was called for trial in Denton County, Texas.  The State appeared by her District Attorney.

**Counsel / Waiver of Counsel  (select one)**

☒ Defendant appeared in person with Counsel.

☐ Defendant knowingly, intelligently, and voluntarily waived the right to representation by counsel in writing in open court.

Both parties announced ready for trial. Defendant waived the right of trial by jury and entered the plea indicated above. The Court then admonished Defendant as required by law. It appeared to the Court that Defendant was mentally competent to stand trial, made the plea freely and voluntarily, and was aware of the consequences of this plea. The Court received the plea and entered it of record. Having heard the evidence submitted, the Court found Defendant guilty of the offense indicated above. In the presence of Defendant, the Court pronounced sentence against Defendant.

The Court FINDS Defendant committed the above offense and ORDERS, ADJUDGES AND DECREES that Defendant is GUILTY of the above offense. The Court FINDS the Presentence Investigation, if so ordered, was done according to the applicable provisions of TEX. CODE CRIM. PROC. art. 42.12 § 9.

The Court ORDERS Defendant punished as indicated above. The Court ORDERS Defendant to pay all fines, court costs, and restitution as indicated above.

### Punishment Options  (select one)

☐ **Confinement in State Jail or Institutional Division.** The Court ORDERS the authorized agent of the State of Texas or the Sheriff of this County to take, safely convey, and deliver Defendant to the **Director, Institutional Division, TDCJ.** The Court ORDERS Defendant to be confined for the period and in the manner indicated above. The Court ORDERS Defendant remanded to the custody of the Sheriff of this county until the Sheriff can obey the directions of this sentence. The Court ORDERS that upon release from confinement, Defendant proceed immediately to the District Clerk. Once there, the Court ORDERS Defendant to pay, or make arrangements to pay, any remaining unpaid fines, court costs, restitution, and any additional fees incurred, as ordered by the Court above.

☒ **County Jail—Confinement / Confinement in Lieu of Payment.** The Court ORDERS Defendant immediately committed to the custody of the Sheriff of **Denton** County, Texas on the date the sentence is to commence. Defendant shall be confined in the **Denton** County Jail for the period indicated above. The Court ORDERS that upon release from confinement, Defendant shall proceed immediately to the District Clerks Office. Once there, the Court ORDERS Defendant to pay, or make arrangements to pay, any remaining unpaid fines, court costs, restitution, and any additional fees incurred, as ordered by the Court above.

☐ **Fine Only Payment.** The punishment assessed against Defendant is for a FINE ONLY. The Court ORDERS Defendant to proceed immediately to the Office of the **Denton** County **District Clerk**. Once there, the Court ORDERS Defendant to pay or make arrangements to pay all fines, court costs, and any additional fees incurred, as ordered by the Court in this cause.

### Execution / Suspension of Sentence  (select one)

☒ The Court ORDERS Defendant's sentence EXECUTED.

☐ The Court ORDERS Defendant's sentence of confinement SUSPENDED. The Court ORDERS Defendant placed on community supervision for the adjudged period (above) so long as Defendant abides by and does not violate the terms and conditions of community supervision. The order setting forth the terms and conditions of community supervision is incorporated into this judgment by reference.

The Court ORDERS that Defendant is given credit noted above on this sentence for the time spent incarcerated.

### Furthermore, the following special findings or orders apply:

Signed and entered on June 27, 2018

X _____
**BRODY SHANKLIN**
JUDGE PRESIDING

Clerk:

Right Thumbprint

# Denton County Sheriff's Office

SO#:  **87926**

Date: **06/27/2018**

Arrest Date:  08/15/2017

Name:  **Kuchenmeister, Larry**

| CHARGE | WARRANT # |
|---|---|
| **Lesser Included DEADLY CONDUCT** | **F17-2928-211** |

TIME SERVED

Charges out of: 211th Dist Ct

**Denton County Sheriff**

By Officer: **Capestany**



P O Box 2146 Denton TX 76202-2146
1450 E McKinney, Denton TX 76209
Ph: 940-349-2210  Fax: 940-349-2211

**6/27/2018 9:04 AM**

# BILL OF COSTS

The State of Texas VS Larry Kuchenmeister

F17-2928-211
Larry Kuchenmeister
Denton County Jail

| Fees | Amount | Balance |
|------|--------|---------|
| Clerk's Fee | 40.00 | 40.00 |
| Consolidated Court Costs | 83.00 | 83.00 |
| County and District Court Technology Fund | 4.00 | 4.00 |
| Courthouse Security Fee | 3.00 | 3.00 |
| District Attorney Fee | 25.00 | 25.00 |
| DNA Testing Fee | 50.00 | 50.00 |
| E-Filing Fee (Criminal) | 5.00 | 5.00 |
| Indigent Defense Fund | 2.00 | 2.00 |
| Precept Service | 35.00 | 35.00 |
| Records Management & Preservation | 22.50 | 22.50 |
| Records Management/Preservation Fee-District Clerk | 2.50 | 2.50 |
| State Judicial Fund (County portion) | 0.60 | 0.60 |
| State Judicial Fund (State portion) | 5.40 | 5.40 |
| State Jury Reimbursement Fund | 4.00 | 4.00 |
| | | |
| Total | 282.00 | 282.00 |

*Paid in full*

*These costs are based on the indicted charge. If the charge is reduced,
the total costs will possibly be a lower total amount.*

***** Possible Additional fees and Adjudged Assessments******

| If probation is granted and other DNA testing fees are not assessed: | DNA Testing Fee | $34 |
|------|------|------|
| If restitution is ordered: | Restitution Fee | $12 |
| If the total amount due is not paid within 30 days of judgment date: | Time Payment Fee | $25 |
| For EACH payment transaction: | Administrative Transaction Fee | $ 2 |
| Fine | See Judgment/Final Order | |
| Court Appointed Attorney Fees | See Judgment/Final Order | |

Sherri Adelstein, District Clerk
Denton County, Texas

Copy provided to defendant on 6/27/2018

Argentina Lopez

Defendant

Cause No. _F17- 2928-21_

| The State of Texas | * | In The __211th__ Judicial |
| | * | |
| vs. | * | District Court of |
| | * | |
| _Larry Kuchenmeister_ | * | Denton County, Texas |

**COURT SETTING**
PLEA BARGAIN DATA

The Defendant in this cause is charged with _____

The range of punishment is _____
On a plea of Guilty/ True, the District Attorney will recommend the following plea
bargain: _____ _od to Class A deadly conduct_
_____

This Plea Bargain Recommendation will remain open until Announcement Docket. If
not accepted and set for a plea at or before the Announcement Docket the offer may be
withdrawn. If this case is set on the jury trial docket or the contested revocation docket,
the plea bargain offer will be considered rejected.

**CONTINUANCE DATA**

Case passed to: ___2/27/18___ at ___8:30___ (AM/PM)

The purpose of this setting is: _____Plea_____

Additional setting of: _____ at _____ (AM/PM)

The purpose of this setting is: _____

The appearance of the Defendant at the next setting is required.

This is the **ONLY NOTICE** of the case setting(s) you will receive, no additional notice
by mail will be sent.

_____     _____     _____
Assistant District Attorney     Attorney for Defendant     Defendant

___6/11/18___          _____     _____
Date Signed          Bar Card No.          Phone No.

_____
Phone No.

This Setting is agreed to by the parties or set by: _____

**JUDGE/ADMINISTRATOR**

NO. F17-2928-211

| | |
|---|---|
| THE STATE OF TEXAS | IN THE 211TH JUDICIAL |
| V. | DISTRICT COURT OF |
| LARRY KUCHENMEISTER, Defendant | DENTON COUNTY, TEXAS |

**TRIAL COURT'S CERTIFICATION OF DEFENDANT'S RIGHT OF APPEAL**

I, judge of the trial court, certify this criminal case:

_____ is not a plea-bargain case, and the defendant has the right of appeal.

_____ is a plea-bargain case, but matters were raised by written motion filed and ruled on before trial and not withdrawn or waived, and the defendant has the right of appeal.

_____ is a plea-bargain case, but the trial court has given permission to appeal, and the defendant has the right of appeal.

__X___ is a plea-bargain case, and the defendant has NO right of appeal.

__X___ the defendant has waived the right of appeal.

_____ involves another appealable order (specify: _____).

_____                    _____
Judge                                                                          Date Signed

I have received a copy of this certification. I have also been informed of my rights concerning any appeal of this criminal case, including any right to file a pro se petition for discretionary review pursuant to rule 68 of the Texas Rules of Appellate Procedure. I have been admonished that my attorney must mail a copy of the court of appeals' judgment and opinion to my last known address and that I have only 30 days in which to file a pro se petition for discretionary review in the Court of Criminal Appeals. TEX. R. APP. P. 68.2. I acknowledge that, if I wish to appeal this case and if I am entitled to do so, it is my duty to inform my appellate attorney, by written communication, of any change in the address at which I am currently living or any change in my current prison unit. I understand that, because of appellate deadlines, if I fail to timely inform my appellate attorney of any change in my address, I may lose the opportunity to file a pro se petition for discretionary review.

_____
Defendant
Mailing address:
Telephone number:
Fax # (if any):

_____
Defendant's Counsel
State Bar of TX ID # 24009886
Mailing address:
Telephone number:
Fax # (if any):

*A defendant in a criminal case has the right of appeal under these rules. The trial court shall enter a certification of the defendant's right to appeal in every case in which it enters a judgment of guilt or other appealable order. In a plea bargain case—that is, a case in which a defendant's plea was guilty or nolo contendere and the punishment did not exceed the punishment recommended by the prosecutor and agreed to by the defendant—a defendant may appeal only (A) those matters that were raised by written motion filed and ruled on before trial, or (B) after getting the trial court's permission to appeal. Tex. R. App. P. 25.2(a)(2).

Appendix D to Rules of Appellate Procedure                    Rev. 10/11

# BAIL BOND PREMIUM RECEIPT
## AND STATEMENT OF CHARGES

*I understand that the premium owing or paid is fully earned upon the defendant's release from custody, and the fact that the defendant may have been improperly arrested, re-arrested, the case dismissed, or the bail reduced shall not obligate the return or forgiveness of any portion of the premium except as otherwise provided by applicable law (if any) as stated in an addendum attached to the Bail Bond Application and Agreement.*

1. Date _____ Date of Defendant's Arrest _____

2. Amount Received _____ Dollars ($ _____ )

3. In the form of ☐ cash ☐ check ☐ money order ☒ credit card ☐ other _____

4. Payer's Name: _____ _____ _____
   First / Middle / Last

5. Payer's Address: _____ _____ _____ _____
   Street / City / State / Zip

6. In connection with a Bail Bond(s) for Defendant: _____
   First / Middle / Last

7. Bail Bond Amount(s): _____ Power Nos. (if known): _____

8. Date of Defendant's Release on Bail _____

9. Court Name & Address _____

10. Date & Time of Next Required Court Appearance _____

11. Charged with: _____

12. Bail Bond Premium _____ $ _____

13. Itemized Expenses (if and as permitted by applicable law):

    _____ $ _____

    _____ $ _____

14. Total Charges (premium plus any itemized expenses): $ _____

15. Amount Paid: $ _____

16. Balance Due: $ _____

17. Was collateral taken? ☐ Yes ☐ No   If yes, collateral receipt # _____

All other documents executed by Defendant, Indemnitor(s), me, or other party related to the Bail Bond(s) are incorporated into and made a part hereof by reference.

PAID BY:

_____
PAYER SIGNATURE

_____
PAYER NAME (PRINTED)

Company

RECEIVED BY:

_____
PRODUCER/REPRESENTATIVE SIGNATURE

Shawn Cagle • City Hall Bail Bonds
_____
PRODUCER NAME (PRINTED)

1602 McKinney St.
Stamp: Provide name, address, phone no.

Payer keep 4 copy

# BAIL BOND PREMIUM RECEIPT
## AND STATEMENT OF CHARGES

RECEIPT NO.: 5177324

*I understand that the premium owing or paid is fully earned upon the defendant's release from custody, and the fact that the defendant may have been improperly arrested, re-arrested, the case dismissed, or the bail reduced shall not obligate the return or forgiveness of any portion of the premium except as otherwise provided by applicable law (if any) as stated in an addendum attached to the Bail Bond Application and Agreement.*

1. Date ___7.29.18___   Date of Defendant's Arrest ___7.28.18___

2. Amount Received ___Two Hundred twenty___ Dollars ($ ___220.—___)

3. In the form of ☒ cash ☐ check ☐ money order ☒ credit card ☐ other ___Denton PD Property___  50  170

4. Payer's Name: ___Larry Kuchenmeister___
   First          Middle          Last

5. Payer's Address: _____
   Street      City ___Self___ State      Zip

6. In connection with a Bail Bond(s) for Defendant: ___Self___
   First      Middle      Last

7. Bail Bond Amount(s): ___2500___   Power Nos. (if known): _____

8. Date of Defendant's Release on Bail ___7.29.18___

9. Court Name & Address ___Denton County 1450 E. Mckinney St___

10. Date & Time of Next Required Court Appearance ___TBD___   ___Denton Tx___

11. Charged with: ___# on sight resist arrest search or transport___

12. Bail Bond Premium ___#30 Bal to be paid 8.3.18___   $ ___250___

13. Itemized Expenses (if and as permitted by applicable law):
    * credit card # 5146160110039019   $ _____
    * exp 8/20   $ _____
    * 3 Dig code 716   $ _____

14. Total Charges (premium plus any itemized expenses):   $ _____

15. Amount Paid: * Billing zip code 76205   $ ___220___

16. Balance Due:   $ ___30.—___

17. Was collateral taken? ☐ Yes ☒ No If yes, collateral receipt # _____

All other documents executed by Defendant, Indemnitor(s), me, or other party related to the Bail Bond(s) are incorporated into and made a part hereof by reference.

PAID BY: ___Larry Kuchenmeister___
PAYER SIGNATURE

___Larry Kuchenmeister___
PAYER NAME (PRINTED)

RECEIVED BY: ___KW___ Lic# 01041
PRODUCER/REPRESENTATIVE SIGNATURE

**Shawn Cagle ▪ City Hall Bail Bonds**
PRODUCER NAME (PRINTED)
**1602 McKinney St**
Stamp: Include name, address, phone no.

Company

11

3716 London Jane
Richland Hills, Texas 76118
940-735-7390

FILED
AUG 27 2018
CITY OF DENTON
MUNICIPAL COURT

Aug. 27, 2018

My name is Larry Kuchenmeister I'm
trying to clear my name of 4
traffic citations & a false accuzation
of resisting arrest in which I had
to bond out on. I had only 1
traffic citation I signed to
acknowledge I had that citation.
This was Aug 11, 2017 then on Aug 13
I was arrested for suspended
drivers liscence but on Aug 16, 2017
it was dismised then I was
falsely accused for aggravated assult
(all I did was tell somebody to get off
the property). After getting out
of jail about 25-30 days later
I was arrested for 4 traffic
citations. But only signed for one
and that citation was printed out
of officer stanfords ticket book but
it wasn't him. ~~While the~~ Then I
was accuzed of resisting arrest
becuz I was asking why I
would have traffic warrents,
when I just got out of jail

FILED

AUG 27 2018

CITY OF DENTON
MUNICIPAL COURT

2 police officers spun me around and jumped on my back to cuff me, I swear I did not resist arrest I only asked why I had traffic citations. When they were concurrent with my county time. Even the District Attorneys office said this about these citations.

Now I'm having to pay for 4 traffic citations had to bond out for the ~~arrest~~ resisting arrest. I'm a single parent of 2 young men with only a $1997 income monthly I'm asking to please clear my name of this.

Thank you.

Larry Kuchenmeister

Larry Kuchenmeister
8/27/18

**Denton Municipal Court**
940-349-8331

REC#: 00231733    9/11/2018   11:02 AM
OPER: SRT  TERM: 190
REF#: 780742
PAID BY:

TRAN: 100.0000  CT PAYMENT
KUCHENMEISTER, LARRY
  00930953 -01
    **PAID**              425.00CR
  00930953 -02
    **PAID**              225.00CR
  10249156 -01
    **PAID**              425.00CR
  10249156 -02
    **PAID**              225.00CR
                     ------------
TOTAL BALANCE:           0.00

TENDERED:      1,300.00  CREDIT CARD
APPLIED:       1,300.00-

CHANGE:            0.00

---

COD Municipal Court
601 East Hickory Ste D
Denton, TX 76205
940-349-8331

09/11/18 11:01 AM
MID: XXXXXXXX8993
TID: XX6784
TLI: J0000004
App: DEBIT
Card Account: XXXXXXXXXXXX9019
Card Exp: XX/XX
Customer : SRZ
TranIdent: 00930953/10249156
Station: Window 4
Name: KUCHENMEISTER /LARRY
Entry: Chip
Transaction Type: DEBIT
Debit Serial: 3289
Tran Serial #: 295192095
Auth Code: 780742
Current Authorized $1300.00


Network Label: PULSE
Mode: Issuer/ PIN Verified
AID: A0000000042203
TVR: 8000048000
IAD:
0110A0000122000000000000000000000000FF
TSI: 6800
ARC: 00

*** NO SIGNATURE REQUIRED ***

DENTON MUNICIPAL COURT  DOCKET  NO. <u>2017019363</u>

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | IN THE MUNICIPAL COURT NO. 1 |
| | § | |
| VS. | § | FOR THE CITY OF DENTON |
| | § | |
| <u>LARRY KUCHENMEISTER</u> | § | DENTON COUNTY, TEXAS |

## DEFENDANT'S MAGISTRATE'S WARNING (TCCP 15.17)
## AND ENTRY OF PLEA OF "NO CONTEST" PURSUANT TO TCCP 45.023

By my signature below, I acknowledge that I am the Defendant whose name appears above.  I am in the custody of the Denton Police Department and am currently in jail pursuant to a Warrant of Arrest as to the offense of:  <u>DL DRIVING WHILE LICENSE INVALID;</u>

### ACKNOWLEDGMENT OF RIGHTS

I understand that I (a) have the right to remain silent and anything I say may be used against me at trial; (b) I can terminate interviews with law enforcement at anytime; (c) I have the right to speak with an attorney and to have that attorney represent me; (d) I do **NOT** have the right to have an attorney appointed at the state's expense; and (e) I may be released after posting BOND of **$ 621.00**

### WAIVER OF TRIAL BY JUDGE OR JURY and ENTRY OF PLEA

However, while I understand that I have a right to trial by judge or jury, **I WAIVE MY RIGHT TO TRIAL** and I (a) acknowledge that I have the right to enter a plea of "Not Guilty" to the offense charged, but **I AM ENTERING MY PLEA OF "NO CONTEST"** to the charge above; (b) I **WAIVE** my right to receive documents or proof of my guilt, (c) WAIVE my right to a trial by judge or jury; (d) make my appearance for all purposes and waive any objection to the complaint filed, **or if not filed, I waive any objection to the Court considering my plea without a complaint having first been filed;** (e) understand, that if the judgment assessed below is not paid in full within thirty (30) days, an additional time-payment fee of $25.00 will be added; based on my plea of "no contest", the Court will enter a notice of conviction will be sent to the state.

### NOTICE OF RIGHT TO REQUEST NEW TRIAL (T.C.C.P. Art. 45.023)

I also understand, that as this plea is being made while I am detained, if I wish for the Court to vacate this judgment and grant a new trial in this matter, my request must be made in writing to the Court not later than the 10th day after the date of this judgment.

**I PROMISE TO APPEAR** before the Denton Municipal Court, 601 E. Hickory, Ste. D, Denton, Texas **76205, (940) 349-8331, to pay the fine assessed IN FULL, or request additional time to pay and provide additional information .**

<u>07/29/2018</u>
Date

DEFENDANT'S SIGNATURE

## JUDGMENT OF CONVICTION AND ORDER TO PAY OR REAPPEAR

The Court FINDS that the Defendant knowingly waived a right to trial and **FINDS the Defendant GUILTY** of the offense alleged, enters Judgment, and as punishment assesses a Fine and Costs, and after deducting credit for time spent in jail in the amount of $ <u>221.</u>, for a **remaining TOTAL AMOUNT of:**

$ <u>400.</u> **DUE ON OR BEFORE the** <u>Wednesday, 29th Day of August 2018.</u>

Unless the remaining amount due has been paid in full, the  Defendant is **ORDERED TO REAPPEAR** before the Denton Municipal Court at 601 E. Hickory, Ste. D, Denton, Texas 76205, **ON OR BEFORE THE DUE DATE APPEARING ABOVE to request additional time to pay.** Should the Defendant fail to appear as ordered, a **CAPIAS PRO FINE** shall be issued for the Defendant's arrest

<u>07|29|2018</u>
Date of Judgment

JUDGE PRESIDING, City of Denton Municipal Court

DENTON MUNICIPAL COURT  DOCKET  NO. 2017019364

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | IN THE MUNICIPAL COURT NO. 1 |
| | § | |
| VS. | § | FOR THE CITY OF DENTON |
| | § | |
| LARRY KUCHENMEISTER | § | DENTON COUNTY, TEXAS |

## DEFENDANT'S MAGISTRATE'S WARNING (TCCP 15.17)
## AND ENTRY OF PLEA OF "NO CONTEST" PURSUANT TO TCCP 45.023

By my signature below, I acknowledge that I am the Defendant whose name appears above.  I am in the custody of the Denton Police Department and am currently in jail pursuant to a Warrant of Arrest as to the offense of:  **REGISTRATION IMPROPER DISPLAY OF REGISTRATION OR I.P.**

### ACKNOWLEDGMENT OF RIGHTS

I understand that I (a) have the right to remain silent and anything I say may be used against me at trial; (b) I can terminate interviews with law enforcement at anytime; (c) I have the right to speak with an attorney and to have that attorney represent me; (d) I do **NOT** have the right to have an attorney appointed at the state's expense; and (e) I may be released after posting BOND of **$ 321.00**

### WAIVER OF TRIAL BY JUDGE OR JURY and ENTRY OF PLEA

However, while I understand that I have a right to trial by judge or jury, **I WAIVE MY RIGHT TO TRIAL** and I (a) acknowledge that I have the right to enter a plea of "Not Guilty" to the offense charged, but **I AM ENTERING MY PLEA OF "NO CONTEST"** to the charge above; (b) I **WAIVE** my right to receive documents or proof of my guilt, (c) WAIVE my right to a trial by judge or jury; (d) make my appearance for all purposes and waive any objection to the complaint filed, **or if not filed, I waive any objection to the Court considering my plea without a complaint ever first been filed**; (e) understand, that if the judgment assessed below is not paid in full within thirty (30) days, an additional time-payment fee of $25.00 will be added; based on my plea of "no contest", the Court will enter a notice of conviction will be sent to the state.

### NOTICE OF RIGHT TO REQUEST NEW TRIAL (T.C.C.P. Art. 45.023)

I also understand, that as this plea is being made while I am detained, if I wish for the Court to vacate this judgment and grant a new trial in this matter, my request must be made in writing to the Court not later than the 10th day after the date of this judgment.

**I PROMISE TO APPEAR** before the Denton Municipal Court, 601 E. Hickory, Ste. D, Denton, Texas 76205, (940) 349-8331, to pay the fine assessed IN FULL, or request additional time to pay and provide additional information .

07/29/2018
Date

_Larry Kuchenmeister_
DEFENDANT'S SIGNATURE

### JUDGMENT OF CONVICTION AND ORDER TO PAY OR REAPPEAR

The Court FINDS that the Defendant knowingly waived a right to trial and **FINDS the Defendant GUILTY** of the offense alleged, enters Judgment, and as punishment assesses a Fine and Costs, and after deducting credit for time spent in jail in the amount of $ _121._ , for a **remaining TOTAL AMOUNT of:**

$ _200._ DUE ON OR BEFORE the _Wednesday 29th Day of August 2018_.

Unless the remaining amount due has been paid in full, the  Defendant is **ORDERED TO REAPPEAR** before the Denton Municipal Court at 601 E. Hickory, Ste. D, Denton, Texas 76205, **ON OR BEFORE THE DUE DATE APPEARING ABOVE** to request additional time to pay. Should the Defendant fail to appear as ordered, a **CAPIAS PRO FINE** shall be issued for the Defendant's arrest.

07/29/2018
Date of Judgment

JUDGE PRESIDING, City of Denton Municipal Court

DENTON MUNICIPAL COURT DOCKET NO. 2017019997

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | IN THE MUNICIPAL COURT NO. 1 |
| | § | |
| VS. | § | FOR THE CITY OF DENTON |
| | § | |
| LARRY KUCHENMEISTER | § | DENTON COUNTY, TEXAS |

## DEFENDANT'S MAGISTRATE'S WARNING (TCCP 15.17)
## AND ENTRY OF PLEA OF "NO CONTEST" PURSUANT TO TCCP 45.023

By my signature below, I acknowledge that I am the Defendant whose name appears above. I am in the custody of the Denton Police Department and am currently in jail pursuant to a Warrant of Arrest as to the offense of: **DL DRIVING WHILE LICENSE INVALID;**

### ACKNOWLEDGMENT OF RIGHTS

I understand that I (a) have the right to remain silent and anything I say may be used against me at trial; (b) I can terminate interviews with law enforcement at anytime; (c) I have the right to speak with an attorney and to have that attorney represent me; (d) I do **NOT** have the right to have an attorney appointed at the state's expense; and (e) I may be released after posting BOND of **$ 621.00**

### WAIVER OF TRIAL BY JUDGE OR JURY and ENTRY OF PLEA

However, while I understand that I have a right to trial by judge or jury, **I WAIVE MY RIGHT TO TRIAL** and I (a) acknowledge that I have the right to enter a plea of "Not Guilty" to the offense charged, but **I AM ENTERING MY PLEA OF "NO CONTEST"** to the charge above; (b) I **WAIVE** my right to receive documents or proof of my guilt, (c) WAIVE my right to a trial by judge or jury; (d) make my appearance for all purposes and waive any objection to the complaint filed, **or if not filed, I waive any objection to the Court considering my plea without a complaint having first been filed**; (e) understand, that if the judgment assessed below is not paid in full within thirty (30) days, an additional time-payment fee of $25.00 will be added, based on my plea of "no contest", the Court will enter a notice of conviction will be sent to the state.

### NOTICE OF RIGHT TO REQUEST NEW TRIAL (T.C.C.P. Art. 45.023)

I also understand, that as this plea is being made while I am detained, if I wish for the Court to vacate this judgment and grant a new trial in this matter, my request must be made in writing to the Court not later than the 10th day after the date of this judgment.

**I PROMISE TO APPEAR** before the Denton Municipal Court, 601 E. Hickory, Ste. D, Denton, Texas 76205, (940) 349-8331, to pay the fine assessed IN FULL, or request additional time to pay and provide additional information .

07/29/2018
**Date**

_(signature)_
**DEFENDANT'S SIGNATURE**

### JUDGMENT OF CONVICTION AND ORDER TO PAY OR REAPPEAR

The Court FINDS that the Defendant knowingly waived a right to trial and **FINDS the Defendant GUILTY** of the offense alleged, enters Judgment, and as punishment assesses a Fine and Costs, and after deducting credit for time spent in jail in the amount of $ *221*, for a **remaining TOTAL AMOUNT of:**

$ *400;* **DUE ON OR BEFORE the** *Wednesday, 29th Day of August 2018* .

Unless the remaining amount due has been paid in full, the Defendant is **ORDERED TO REAPPEAR** before the Denton Municipal Court at 601 E. Hickory, Ste. D, Denton, Texas 76205, **ON OR BEFORE THE DUE DATE APPEARING ABOVE to request additional time to pay.** Should the Defendant fail to appear as ordered, a **CAPIAS PRO FINE** shall be issued for the Defendant's arrest.

07/29/2018
**Date of Judgment**

_(signature)_
**JUDGE PRESIDING, City of Denton Municipal Court**

DENTON MUNICIPAL COURT  DOCKET  NO. 2017019998

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | IN THE MUNICIPAL COURT NO. 1 |
| | § | |
| VS. | § | FOR THE CITY OF DENTON |
| | § | |
| LARRY KUCHENMEISTER | § | DENTON COUNTY, TEXAS |

## DEFENDANT'S MAGISTRATE'S WARNING (TCCP 15.17)
## AND ENTRY OF PLEA OF "NO CONTEST" PURSUANT TO TCCP 45.023

By my signature below, I acknowledge that I am the Defendant whose name appears above.  I am in the custody of the Denton Police Department and am currently in jail pursuant to a Warrant of Arrest as to the offense of:  REGISTRATION OPERATE UNREGISTERED MOTOR VEHICLE;

### ACKNOWLEDGMENT OF RIGHTS

I understand that I (a) have the right to remain silent and anything I say may be used against me at trial; (b) I can terminate interviews with law enforcement at anytime; (c) I have the right to speak with an attorney and to have that attorney represent me; (d)  I do **NOT** have the right to have an attorney appointed at the state's expense; and (e) I may be released after posting BOND of $ **321.00**

### WAIVER OF TRIAL BY JUDGE OR JURY and ENTRY OF PLEA

However, while I understand that I have a right to trial by judge or jury, I **WAIVE MY RIGHT TO TRIAL** and I (a) acknowledge that I have the right to enter a plea of "Not Guilty" to the offense charged, but **I AM ENTERING MY PLEA OF "NO CONTEST"** to the charge above; (b) I **WAIVE** my right to receive documents or proof of my guilt, (c) WAIVE my right to a trial by judge or jury; (d) make my appearance for all purposes and waive any objection to the complaint filed, **or if not filed, I waive any objection to the Court considering my plea without a complaint having first been filed**; (e) understand, that if the judgment assessed below is not paid in full within thirty (30) days, an additional time-payment fee of $25.00 will be added; based on my plea of "no contest", the Court will enter a notice of conviction will be sent to the state.

### NOTICE OF RIGHT TO REQUEST NEW TRIAL (T.C.C.P. Art. 45.023)

I also understand, that as this plea is being made while I am detained, if I wish for the Court to vacate this judgment and grant a new trial in this matter, my request must be made in writing to the Court not later than the 10th day after the date of this judgment.

**I PROMISE TO APPEAR** before the Denton Municipal Court, 601 E. Hickory, Ste. D, Denton, Texas **76205, (940) 349-8331, to pay the fine assessed IN FULL, or request additional time to pay and provide additional information .**

07/29/2018
Date

_Larry Kuchenmeister_
DEFENDANT'S SIGNATURE

### JUDGMENT OF CONVICTION AND ORDER TO PAY OR REAPPEAR

The Court FINDS that the Defendant knowingly waived a right to trial and **FINDS the Defendant GUILTY** of the offense alleged, enters Judgment, and as punishment assesses a Fine and Costs, and after deducting credit for time spent in jail in the amount of $ _121._ for a **remaining TOTAL AMOUNT of:**

$ _200._ **DUE ON OR BEFORE the** Wednesday, 29th Day of August 2018 .

Unless the remaining amount due has been paid in full, the  Defendant is **ORDERED TO REAPPEAR** before the Denton Municipal Court at 601 E. Hickory, Ste. D, Denton, Texas 76205, **ON OR BEFORE THE DUE DATE APPEARING ABOVE to request additional time to pay.** Should the Defendant fail to appear as ordered, a **CAPIAS PRO FINE** shall be issued for the Defendant's arrest.

07/29/2018
Date of Judgment

JUDGE PRESIDING, City of Denton Municipal Court

# DENTON MUNICIPAL COURT
# COMMUNITY SERVICE TIME SHEET
# INSTRUCTIONS

DIRECTIONS:   It is your responsibility to fill in the top portion of the Time Sheet.   Your Name, Docket/Citation Number, Number of hours required and your completion date.   The Community Service Provider must fill in the Agency Name, Telephone Number and Contact Person. Community Service Supervisor must fill in the dates worked, time in, time out, total hours worked and sign the form each day. When the sheet is completed, return it to the Denton Municipal Court.

**Denton Municipal Court**
**601 E. Hickory, Suite D**
**Denton, Texas 76205**

The Court Clerk's front windows are open from 8:00 AM until 5:00 PM Monday thru Friday.
email it to  **Dentonmunicipalcourt @cityofdenton.com**

**COMMUNITY SERVICE MUST BE COMPLETED WITH A NON-PROFIT AGENCY**
EXAMPLES:   City Agencies (Civic Center, Libraries, Recreation Centers) Denton Independent School District (teachers, administrators) any United Way Organization ( Spirit Horse, Denton County Food Bank)

***Working for Friends, Relatives, Neighbors or for profit businesses will not qualify as Community Service*!**

If you are having problems finding community service contact the Community Service Administrator at 940-349-7809.   Do not wait until the last minute!

**If you fail to complete your community service, you will be required to reappear in court on your next scheduled court date.   Check your court order or time sheet for the date and time you must appear.**

DOCKET NO. _____

| THE STATE OF TEXAS | § | IN THE MUNICIPAL COURT |
| | § | |
| VS. | § | FOR THE CITY OF DENTON |
| _Lory Kuchenmester_ | § | |
| | § | DENTON COUNTY, TEXAS |

## DEFENDANT'S REQUEST FOR CONTINUANCE
## PLEA OF NO CONTEST, WAIVER OF TRIAL, AND WRITTEN PROMISE TO APPEAR

By my signature below, I, the Defendant named above do freely and knowingly, enter my Plea of **NO CONTEST** to the

offense of: ___Impeding Traffic___.

I understand that I have a right to enter a plea of "Not Guilty" and request a trial by either Judge or Jury. I choose to **WAIVE** (or give up) my right to a trial, and enter my plea of "NO CONTEST". I am making my appearance for all purposes and waive any objection to the complaint filed. Should I fail to appear on or before the date appearing below, the Court will accept my plea of "No Contest," enter a **JUDGMENT** that will be reported to the State of Texas, and that

I will immediately owe the **ENTIRE FINE AND COSTS** in the TOTAL AMOUNT OF $ ___255___

I am requesting that the above styled and numbered cause be continued (or re-scheduled) **IN ORDER THAT I MAY:**

☐ **REQUEST DISMISSAL BY DEFERRED DISPOSITION PROBATION (45.051 TCCP).** I understand that I **MUST REAPPEAR** in person before the Court Clerk to post a bond as a condition of my Deferred Disposition Probation. I accept the state offer for a reduced fee, and I understand that I will not be placed on Deferred Disposition Probation **UNTIL I HAVE POSTED THE BOND** in the TOTAL AMOUNT OF $ _____.

☐ **REQUEST DISMISSAL BY DRIVER'S SAFETY COURSE (45.0511 TCCP).** I understand that I **MUST REAPPEAR** at the Court Clerk's office to pay a Driver's Safety Course FEE and provide proof of insurance and valid driver's license. I understand that I will not be allowed permission to complete a Driver's Safety Course UNTIL I HAVE PAID THE FEE DUE OF $ _____.

☐ **REAPPEAR** in person to provide the Court with written proof that, since the date of my citation, I have renewed my Driver's License or Motor Vehicle Registration within the time allowed by the Court. Upon my reappearance I agree to pay a $20.00 DISMISSAL FEE.

☑ **REAPPEAR** to provide written proof of completion of ___four___ ( _4_ ) **HOURS OF COMMUNITY SERVICE** at a Non-profit human service agency, church, school or hospital. I understand that I must present the Court with written proof on the organizations letter head or approved form, indicating the total number of hours performed, where the Community Service was performed and which has been signed by a supervisor, along with a telephone number for the purpose of verification.

☐ **REAPPEAR** to **REQUEST DISMISSAL OF THIS CASE AS A "PLEA IN BAR"** based upon compliance with all conditions of a plea agreement offered by the State's Prosecutor in Cause No. _____.

**I PROMISE TO REAPPEAR IN PERSON** in the Denton Municipal Court **ON OR BEFORE:**

___Tues___, the _9_ day of ___July___, 20 _19_, at _2_ : _00_ _P_ .M

*IF I FAIL to reappear by this date and at this time, I understand that the Court will, based upon my plea of NO CONTEST, enter a Judgment of Conviction that will be reported to the State of Texas. Should I fail to appear as promised, the Prosecutor's Offer is WITHDRAWN and I will OWE THE ENTIRE AMOUNT OF FINE AS INDICATED ABOVE, and a CAPIAS PRO FINE WARRANT may be issued for my arrest.*

Defendant's Signature: _Lory Kuchenmester_     Date: _6/27/19_     State's Approval: _✓_

---

### ORDER GRANTING MOTION FOR CONTINUANCE

The Court considered the Defendant's Motion for Continuance, and is of the opinion that it should be **GRANTED.** The Defendant is ORDERED to REAPPEAR **ON OR BEFORE** the date above.

Date: ___6/27/19___     Judge's Signature: _Kelly E. Lott_ _____

ContinuancePlea2017

DOCKET NO. _____

| THE STATE OF TEXAS | § | IN THE MUNICIPAL COURT |
|---|---|---|
| | § | |
| VS. | § | FOR THE CITY OF DENTON |
| | § | |
| Lorn Kuchenmeister | § | DENTON COUNTY, TEXAS |

## DEFENDANT'S REQUEST FOR CONTINUANCE
## PLEA OF NO CONTEST, WAIVER OF TRIAL, AND WRITTEN PROMISE TO APPEAR

By my signature below, I, the Defendant named above do freely and knowingly, enter my Plea of **NO CONTEST** to the

offense of: ___Improd Wda Trafic_____ .

I understand that I have a right to enter a plea of "Not Guilty" and request a trial by either Judge or Jury. I choose to WAIVE (or give up) my right to a trial, and enter my plea of "NO CONTEST". I am making my appearance for all purposes and waive any objection to the complaint filed. Should I fail to appear on or before the date below, the Court will accept my plea of "No Contest," enter a JUDGMENT that will be reported to the State of Texas, and that

I will immediately owe the **ENTIRE FINE AND COSTS** in the TOTAL AMOUNT OF $ | 255 |

I am requesting that the above styled and numbered cause be continued (or re-scheduled) IN ORDER THAT I MAY:

☐ REQUEST DISMISSAL BY DEFERRED DISPOSITION PROBATION (45.051 TCCP). I understand that I MUST REAPPEAR in person before the Court Clerk to post a bond as a condition of my Deferred Disposition Probation. I accept the state offer for a reduced fee, and I understand that I will not be placed on Deferred Disposition Probation UNTIL I HAVE POSTED THE BOND in the TOTAL AMOUNT OF $ _____.

☐ REQUEST DISMISSAL BY DRIVER'S SAFETY COURSE (45.0511 TCCP). I understand that I MUST REAPPEAR at the Court Clerk's office to pay a Driver's Safety Course FEE and provide proof of insurance and valid driver's license. I understand that I will not be allowed permission to complete a Driver's Safety Course UNTIL I HAVE PAID the FEE DUE OF $ _____.

☐ REAPPEAR in person to provide the Court with written proof that, since the date of my citation, I have renewed my Driver's License or Motor Vehicle Registration within the time allowed by the Court. Upon my reappearance I agree to pay a $20.00 DISMISSAL FEE.

☑ REAPPEAR to provide written proof of completion of ___0 V/___ ( _4_ ) HOURS OF COMMUNITY SERVICE at a Non-profit human service agency, church, school or hospital. I understand that I must present the Court with written proof on the organizations letter head or approved form, indicating the total number of hours performed, where the Community Service was performed and which has been signed by a supervisor, along with a telephone number for the purpose of verification.

☐ REAPPEAR to REQUEST DISMISSAL OF THIS CASE AS A "PLEA IN BAR" based upon compliance with all conditions of a plea agreement offered by the State's Prosecutor in Cause No. _____.

**I PROMISE TO REAPPEAR IN PERSON** in the Denton Municipal Court **ON OR BEFORE**:

Tues , the 9 day of July , 20 19 , at 2 : 00 P.M.

*IF I FAIL to reappear by this date and at this time, I understand that the Court will, based upon my plea of NO CONTEST, enter a Judgment of Conviction that will be reported to the State of Texas. Should I fail to appear as promised, the Prosecutor's Offer is WITHDRAWN and I will OWE THE ENTIRE AMOUNT OF FINE AS INDICATED ABOVE, and a CAPIAS PRO FINE WARRANT may be issued for my arrest.*

Defendant's Signature: _Larry Kuchenmeister_   Date: 6/27/19   State's Approval: _____

---

### ORDER GRANTING MOTION FOR CONTINUANCE

The Court considered the Defendant's Motion for Continuance, and is of the opinion that it should be **GRANTED**. The Defendant is ORDERED to REAPPEAR **ON OR BEFORE** the date above.

Date: 6/27/19   Judge's Signature: _____

ContinuancePlea2017

# DENTON MUNICIPAL COURT
# COMMUNITY SERVICE TIME SHEET
# INSTRUCTIONS

DIRECTIONS:  It is your responsibility to fill in the top portion of the Time Sheet.  Your Name, Docket/Citation Number, Number of hours required and your completion date.  The Community Service Provider must fill in the Agency Name, Telephone Number and Contact Person. Community Service Supervisor must fill in the dates worked, time in, time out, total hours worked and sign the form each day. When the sheet is completed, return it to the Denton Municipal Court.

**Denton Municipal Court**
**601 E. Hickory, Suite D**
**Denton, Texas 76205**

The Court Clerk's front windows are open from 8:00 AM until 5:00 PM Monday thru Friday.
email it to  **Dentonmunicipalcourt @cityofdenton.com**

**COMMUNITY SERVICE MUST BE COMPLETED WITH A NON-PROFIT AGENCY**
EXAMPLES:   City Agencies (Civic Center, Libraries, Recreation Centers) Denton Independent School District (teachers, administrators) any United Way Organization ( Spirit Horse, Denton County Food Bank)

*Working for Friends, Relatives, Neighbors or for profit businesses will not qualify as Community Service*!

If you are having problems finding community service contact the Community Service Administrator at 940-349-7809.   Do not wait until the last minute!

**If you fail to complete your community service, you will be required to reappear in court on your next scheduled court date.   Check your court order or time sheet for the date and time you must appear.**

# DENTON MUNICIPAL COURT

## COMMUNITY SERVICE TIME SHEET

NAME: _Larry Kuchenmeister_ DOCKET # _2019010771_

HOURS REQUIRED _4_   COMPLETION DATE _July 8, 2019_

| DATE | TIME IN | TIME OUT | TOTAL | SIGNATURE OF SUPERVISOR |
|------|---------|----------|-------|-------------------------|
| 7-8-19 | 12:30 | 4:20 | 4:0 | _Greenwood_ |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

AGENCY: _The Shepherds Hand_

AGENCY TELEPHONE NUMBER: _940-565-1111_

When the you have completed the required community service please return the time sheet to the Denton Municipal Court.

Denton Municipal Court
601 E. Hickory, Suite D
Denton, Texas 76205

email it to **Dentonmunicipalcourt@cityofdenton.com**
If you have any question please call our office at (940) 349-7809

F. Velasquez #195

ser. # 1912127 6

office 940-349-8181

push 1

DentonPolice@city of Denton.com

62609                    9087667193
                              $40

Aaron's SO #
   178754

dad make sure you give grandma his SO #
too so grandma doesn't have to spend money
on phone calls.

P-13

I've already filed informal the T.B.I. by exchanges of
the 1st trafficking incident   by B.A.R. 24009886 Tricia Perry

# DENTON COUNTY DETENTION FACILITY

The damage this attorney bar. 24009886 has caused is
on going as you

## INMATE GENERAL GRIEVANCE FORM
see, for my sons and me. (I'm a single dad)

You may file a grievance for the following acts:

1. Violation of Civil Rights
2. Criminal Acts
3. Unjust denial or restrictions of inmate privileges
4. Prohibited acts by jail staff

The sherriff, the mayor, stella bartlett
the police department and Tricia Perry
all have a copy of my statement to
the T.B.I.
I have my writ of certeoria.

If an inmate feels that his or her General Grievance has not been satisfactorily resolved through informal means, the inmate should submit the grievance in writing to the Grievance Officer. Grievances and Appeals must be clearly stated and in writing. The grievance should include the specific dates, times, names of those involved and the specific allegations (who, what, when, where, why, and how). There can only be one issue per grievance. If the grievance does not meet the criteria of a grievance or does not contain the specific information or contains more than one grievance, it will be closed administratively. If the grievance is an emergency, contact the shift supervisor immediately.

If the grievance meets the criteria of a legitimate General Grievance it will be referred to the Jail Grievance Board. The Jail Grievance Board will within 15 days of the receipt notify the inmate in writing of the action taken, the reason for the particular action and what if any time limits apply to the action, what, if anything, needs to be done by the complaining inmate or provide an interim response that the matter is being looked into. In all cases, a final response will be given within 60 days.

If you are not satisfied with the decision of the Grievance Board, you have 3 days in which to appeal (in writing) to the Jail Administrator.

The Assistant Chief Deputy will review the grievance and either confirm or deny it. If the Assistant Chief Deputy confirms the grievance, he/she will initiate corrective actions. In either case, the inmate shall receive a written response to the appeal.

If you are not satisfied with the decision of the Jail Administrator, you have 3 days in which to appeal (in writing) to the Chief Deputy. The Chief Deputy will review the grievance and either confirm or deny it. If the Chief Deputy confirms the grievance, he/she will initiate corrective actions. In either case, the inmate shall receive a written response to the appeal. The decision of the Chief Deputy is final.

case#19G-1767

10 DEC 19   4:07PM

Name: Larry Kuchenmeister          SO# 87926

Location: Pod 13 D.C.D.C.          Date Submitted: Dec. 10, 2019

Dec. 5 2019 2:30 am   Denton Police Officers (3) 2 male 1 female
Knocked and scared my son becuz of putting their finger
over the eye hole in the door at the Red Roof Inn
motel Rm 310. This is a temp. living quarters for
my son and me.
I was falsly charged (again) for electronic
harrasment by B.A.R. # 24009886 Tricia Perry
for emails sent (2 or 3) or Nov. 16, 2019 or as
a message to reconcile before charges of traffickin
me in 2017 on another false charge were gonna filed
against her. The charge I'm being wrongfully
detained for now is a retaliation on B.A.R. #
24009886 Tricia Perry part, its obvious. also
when transported to city jail I was not seat belted in.

Inmate Signature Larry Kuchenmeister (3839) Social Security
int 4                Page 1 of 1

The Grievance Board consisting of members Lt. Hunter, Sgt. Inman, Sgt. Graham, Cpl. Valle and Cpl. Boggs
met on 12-12-19 and closed this administratively due to not meeting the criteria outlined at the top of this
form and also found in the Inmate Handbook. You will need to contact your attorney regarding these
issues.
12-12-19 Sgt. C. Graham

not sure but B.A.R. # 24009886 Tricia Perry
might have been the female denton police officer at
the time of arrest at our (my sons & I) motel Dec. 5, 2019
2:30a
I have a gut feeling the stupid bitch is gonna
try and be my court appointed again ← (I have my reasons)



GOVERNOR GREG ABBOTT

August 13, 2018

Mr. Larry Kuchenmeister
kuchenlarry1@gmail.com

Dear Mr. Kuchenmeister:

Thank you for taking the time to contact the Office of the Governor.

In Texas, cities and counties have significant autonomy and authority, and local law enforcement falls within the jurisdiction of local officials. As such, you may wish to express your dissatisfaction to the mayor, police chief and city council.

Please let us know whenever we may be of service in the future.

Sincerely,

Dede Keith
Deputy Director
Constituent Communication Division
Office of the Governor

DK:as

*Orignal copy made off email Aug. 7, 2019

## United States Senate
WASHINGTON, DC 20510–4305

November 8, 2018

Mr. Larry Kuchenmeister
3716 London Lane
Richland Hills, Texas 76118

Dear Mr. Kuchenmeister:

I have received your recent letter and regret the problem you describe does not appear to be one
over which I have jurisdiction as a United States Senator. Consequently, I am unable to afford
you the assistance you requested.

I appreciate having the opportunity to represent you in the United States Senate. If I can be of
assistance to you with other matters, please contact me.

Sincerely,

JOHN CORNYN
United States Senator

JC:dmm

**STATE OF TEXAS**
**DISABILITY DETERMINATION FOR SOCIAL SECURITY ADMINISTRATION**
**AUSTIN, TEXAS**
Equal Opportunity Employer

August 30, 2016

LARRY KUCHENMEISTER
3716 LONDON LANE
RICHLAND HILLS TX 76118

SSN: XXX-XX-3839
CLAIM #: CQTCL3

Dear LARRY KUCHENMEISTER:
The purpose of this letter is to remind you to keep your Social Security disability examination with:

Doctor:      FORT WORTH IME
Address:     4632 DENTON HWY STE D
             HALTOM CITY TX 76117-1407
Telephone: (817) 281-4731
Appointments: September 09, 2016 01:00 P

This examination is necessary to evaluate your condition and will be at no cost to you.

It is your responsibility and in your best interest to attend the requested examination.    If you cannot keep the scheduled appointment, please call us immediately. If you fail to keep the appointment without notifying us beforehand, we will make a decision based on the evidence in your file, which may result in a finding of no disability.  IF YOU ARE RECEIVING CHECKS OR MEDICAID/MEDICARE BENEFITS, THOSE CHECKS AND/OR BENEFITS MAY STOP.

Thank you for your cooperation.

Sincerely,

Beth Johnson     3/J66
Tel: 1-800-252-7009 ext 8912

cc:

CE: CLREM (07/16)
RBA

Attended on
specified date

25757815
3839TN



## Criminal Case Records Search Results



AUG 2 7 2018

CITY OF DENTON
MUNICIPAL COURT
Filed Date:

**Record Count: 5**
**Search By:** Defendant   **Exact Name:** on   **Party Search Mode:** Name   **Last Name:** Kuchenmeister   **First Name:** larry   All All

| Case Number | Citation Number | Defendant Info | Filed/Location/Judicial Officer | Type/Status | Charge(s) |
|---|---|---|---|---|---|
| | 107 | Kuchenmeister, Larry 09/13/1964 | 12/02/1998 Justice of the Peace Pct #5 Gailey, Barbara | Hot Checks Disposed | ISSUANCE OF BAD CHECK |
| | 108 | Kuchenmeister, Larry 09/13/1964 | 12/02/1998 Justice of the Peace Pct #5 Gailey, Barbara | Hot Checks Disposed | ISSUANCE OF BAD CHECK |
| | | Kuchenmeister, Larry 09/13/1964 | 04/07/1999 County Criminal Court #1 Crouch, Jim E. | Adult Misdemeanor Inactive: Disposed | THEFT >=$20 <$500 BY CHECK |
| | | Kuchenmeister, Larry 09/13/1964 | 06/21/2004 County Criminal Court #4 Bridges, Joe | Hot Check Inactive: Disposed | THEFT >=$20<$500 BY CHECK |
| | | Kuchenmeister, Larry 09/13/1964 | 03/10/2010 County Criminal Court #1 Crouch, Jim E. | Adult Misdemeanor Inactive: Disposed | DUTY ON STRIKING FIXTURE/HWY LANDSCAPE>=$200 |

within
next 2
month

$500 down
$1500 total

resist arrest

traffic tickets

CHRONOLOGICAL RECORD (1070)

G 88

| UNIT/ORGANIZATION | PRIMARY DUTY | REMARKS |
|---|---|---|
| 1ST ~ ~ ~ ~ ~<br>~~~~~ ~ ~ ~ ~~~~~<br>~~~ ~~~~ ~~~ 016 | Recruit<br>(9900)   ( ) | **840703**<br>(DATE)   JD FOR REC TRNG _____<br>(DATE?)<br>~~ ~~<br>TR TO _____ (MCC) _____ FOR DU<br><br>840925:  TR TO MCB CAMPEN (MCC J9Y) |
| STUDADMINCO ITS<br>MCB, CAMPEN, CA<br>RUC 33353 MCC J9Y | TEMINS 03" (2) | 841020   JD FOR TEMINS<br>841105 TO 841115 ASG ADMIN PLT2<br>LEG WHILE UA AWOL<br><br>841203 ~~ C CO. CLNR 5-85 |
| MARBKS, NAS, NORIS<br>SAN DIEGO, CA 92135<br>MCC 262   RUC 53260 | SCTYGD<br>(8151)   (16 ) | 850123   TR TO CO MB NAS<br>NORIS CA FOR DU MCC 262<br>850124 JD FOR DU MDNS<br>850722 TO 850725   UA (AWOL)<br>860509 TR TO CS, 2ND MARDIV, CAMP<br>LEJEUNE, NC, MCC V16 FOR DU |
| 1STBN, 6THMAR<br>2D MARDIV CAMLEJ<br>RUC 12160 MCC V1/6 | RIFLEMAN<br>(0311) | 860618 JD FOR DU CCO<br><br>860702 TO UA(AWOL)<br>860719 FR UA(AWOL) |
| HqCo.6thMar<br>2dMarDiv.FMF<br>RUC 12151 | RIFLEMAN<br>(0311)   ( ) | 860615 TO UA(AWOL)<br>860625 JD FROM UA(AWOL)<br>860625 FR UA(AWOL)<br><br>861022 TO 861115 UNFD<br>870103 to UA(AWOL)<br>870106 Fr UA(AWOL) |

CERTIFIED A TRUE COPY

~~~~ ~ ~~~~~ ~~~~~ ~LARRY,<br>NAME (LAST, FIRST, MIDDLE)<br>118 (3) (REV. 6-78)   SSN

ENCLOSURE (2 + 4

WEAPONS FIRING RECORD, COMPETITIVE MARKSMANSHIP (1070)

C

### WEAPONS FIRING RECORD

| DATE | COURSE | WEAPON | SCORE, FINAL QUALIFICATION | SIGNATURE OF CERTIFYING OFFICER |
|------|--------|--------|---------------------------|-------------------------------|
| 840817 | "KD" | M-16 | 190 MM | By dir. |
| 850308 | KD METRIC | M-16 | 204 MM | ByDir |
| 850308 | A | .45 Cal | 273 MM | ByDir |
| 850417 | FAM | SHOTGUN | | Robert Warker ByDir |
| 860221 | KD METRIC | M-16 | 203 MM | |
| 860221 | A | .45 Cal | 303 SS | ByDir |

### EXPERT REQUALIFICATION BAR RECORD

| WEAPON | AWARD | YEARS | WEAPON | AWARD | YEARS |
|--------|-------|-------|--------|-------|-------|
| | | | | | |

### COMPETITIVE MARKSMANSHIP

| MATCH PARTICIPATED IN | DATES | SCORE, FINAL/POSSIBLE | PLACED/TOTAL COMPETITORS | BADGES AWARDED |
|-----------------------|-------|----------------------|--------------------------|----------------|
| | | | | |

ADDITIONAL MARKSMANSHIP INFORMATION

CERTIFIED A TRUE COPY

FOLSOM, LISTER, LARRY,
410 31 55 57

NAME (LAST, FIRST, MIDDLE)          SSN

AVMC 118 (5) (REV. 3-78)



IDENTIFICATION CARD

2575787815

10/04/2013

09/13/1964

KUCHENMEISTER
LARRY

1608 E MCKINNEY
DENTON TX 76209-0000

---

MIB100048036

TILL: 01

7/18/2017                          15:21:28

Associate:    ANDY MESSER
Cashier:      ANDY MESSER

LARRY KUCHENMEISTER
316 MILL ST
2
DENTON TX 76205
(940) 442-7663

## Reprint Reprint Reprint

### Sale

|  | Quantity |
|---|---|
| ITEM NUMBER - MB1014266 | 1 |

BERSA THUNDER 380
Serial Number 987267

| | |
|---|---|
| Subtotal: | $230.94 |
| Tax: | $19.05 |
| Total Due from Customer | $249.99 |

Payment Type:
Debit Card

| | |
|---|---|
| Total Tendered | $249.99 |
| Change: | $0.00 |

McBride's Music
Family Owned and Operated
Thank you for your business



The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Larry Kuchenmeister

**DEFENDANTS**
B.A.R. 240009886
Tricia Perry

**(b)** County of Residence of First Listed Plaintiff  Denton
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

RECEIVED
MAR 11 2020

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

☒ 1 U.S. Government Plaintiff

☐ 3 Federal Question *(U.S. Government Not a Party)*

☒ 2 U.S. Government Defendant

☐ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

**CONTRACT**
- ☐ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans)
- ☐ 153 Recovery of Overpayment of Veteran's Benefits
- ☐ 160 Stockholders' Suits
- ☒ 190 Other Contract
- ☐ 195 Contract Product Liability
- ☐ 196 Franchise

**TORTS**

*PERSONAL INJURY*
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☒ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury
- ☐ 362 Personal Injury - Medical Malpractice

*PERSONAL INJURY*
- ☐ 365 Personal Injury - Product Liability
- ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

*PERSONAL PROPERTY*
- ☐ 370 Other Fraud
- ☒ 371 Truth in Lending
- ☒ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**FORFEITURE/PENALTY**
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☒ 690 Other

**LABOR**
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Management Relations
- ☐ 740 Railway Labor Act
- ☐ 751 Family and Medical Leave Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Employee Retirement Income Security Act

**BANKRUPTCY**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 835 Patent - Abbreviated New Drug Application
- ☐ 840 Trademark

**SOCIAL SECURITY**
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☒ 865 RSI (405(g))

**FEDERAL TAX SUITS**
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
- ☐ 375 False Claims Act
- ☐ 376 Qui Tam (31 USC 3729(a))
- ☐ 400 State Reapportionment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce
- ☐ 460 Deportation
- ☒ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 480 Consumer Credit
- ☐ 490 Cable/Sat TV
- ☐ 850 Securities/Commodities/ Exchange
- ☐ 890 Other Statutory Actions
- ☐ 891 Agricultural Acts
- ☐ 893 Environmental Matters
- ☐ 895 Freedom of Information Act
- ☐ 896 Arbitration
- ☒ 899 Administrative Procedure Act/Review or Appeal of Agency Decision
- ☐ 950 Constitutionality of State Statutes

**REAL PROPERTY**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☒ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**CIVIL RIGHTS**
- ☐ 440 Other Civil Rights
- ☒ 441 Voting
- ☒ 442 Employment
- ☒ 443 Housing/ Accommodations
- ☒ 445 Amer. w/Disabilities - Employment
- ☒ 446 Amer. w/Disabilities - Other
- ☐ 448 Education

**PRISONER PETITIONS**

*Habeas Corpus:*
- ☐ 463 Alien Detainee
- ☐ 510 Motions to Vacate Sentence
- ☐ 530 General
- ☐ 535 Death Penalty

*Other:*
- ☐ 540 Mandamus & Other
- ☒ 550 Civil Rights
- ☐ 555 Prison Condition
- ☐ 560 Civil Detainee - Conditions of Confinement

**IMMIGRATION**
- ☐ 462 Naturalization Application
- ☐ 465 Other Immigration Actions

## V. ORIGIN *(Place an "X" in One Box Only)*

☒ 1 Original Proceeding  ☐ 2 Removed from State Court  ☐ 3 Remanded from Appellate Court  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from Another District *(specify)*  ☐ 6 Multidistrict Litigation - Transfer  ☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
Rocketeer Influenced and corrupt organizations Act

Brief description of cause:
Judicaly Trafficked

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

**DEMAND $**

CHECK YES only if demanded in complaint:
**JURY DEMAND:** ☐ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____  DOCKET NUMBER _____

DATE _____  SIGNATURE OF ATTORNEY OF RECORD _____

**FOR OFFICE USE ONLY**

RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____