# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED
2020 MAR 11  PM 1:55

DEPUTY CLERK _____

Larry Kuchenmeister
**Plaintiff**

v.

B-A-R- 24009886
Tricia Perry
**Defendant**

Civil Action No. 3-20CV-0617E

## CERTIFICATE OF INTERESTED PERSONS
(This form also satisfies Fed. R. Civ. P. 7.1)

Pursuant to Fed. R. Civ. P. 7.1 and LR 3.1(c), LR 3.2(e), LR 7.4, LR 81.1(a)(4)(D), and LR 81.2,

_____

provides the following information:

For a nongovernmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock (if none, state "None"):
*Please separate names with a comma. Only text visible within box will print.*

A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:
*Please separate names with a comma. Only text visible within box will print.*

| | |
|---|---|
| Date: | 03/11/20 |
| Signature: | *Larry Kuchenmeister* |
| Print Name: | Larry Kuchenmeister |
| Bar Number: | |
| Address: | 300 W. Oak St. Suite 100 |
| City, State, Zip: | Denton, TX. 76201 |
| Telephone: | 940-536-7514 |
| Fax: | |
| E-Mail: | Larrykuchenmeister659@gmail.com |

**NOTE:** To electronically file this document, you will find the event in our Case Management (CM/ECF) system, under Civil/Other Documents/Certificate of Interested Persons